UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Procaps, L.P. (f/k/a Paintball L.P.),

               Petitioner,

v.

PBS Holding Group, Inc. (f/k/a National
Paintball Supply, Inc),

               Respondent.

------------------------------------------------------------x

JUDGE PRESKA

07 CIV 6208

Civil Action No.

STATEMENT PURSUANT TO FED. R.
CIV. P. 7.1



RECEIVED JUL 0 3 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Fed. R. Civ. P. 7.1 and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for the defendants certify that based upon information and belief, Petitioner Procaps, L.P. (f/k/a Paintball L.P.) that there are no parent corporations or publicly-held corporations that own ten percent or more of its stock.

Dated: July 3, 2007
New York, New York

                                       SCHNADER HARRISON SEGAL & LEWIS LLP

                                       By: _____
                                       Benjamin P. Deutsch (BD 5435)
                                       140 Broadway Suite 3100
                                       New York, NY  10005-1101
                                       Telephone: (212) 973-8000
                                       Facsimile: (212) 972-8798

                                       Of Counsel:
                                            David Smith
                                            Ari Indik
                                            Kate Kleba
                                            Michael Scalzitti
                                       1600 Market Street, Suite 3600
                                       Philadelphia, PA  19103-7286
                                       Telephone: 215-751-2000
                                       Facsimile: 215-751-2205
                                       Attorneys for Petitioner, Procaps, L.P.