AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_Southern_  DISTRICT OF  _New York_

Procaps L.P.,
           Petitioner

v.

PBS Holding Group, Inc.
           Respondent

**APPEARANCE**

Case Number: 1:07 cv 06208 (LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Respondent, PBS Holding Group, Inc. (f/k/a National Paintball Supply, Inc.)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/2/2007 | s/ J. Michael Lewis |
| Date | Signature |
| | J. Michael Lewis     JL8893 |
| | Print Name     Bar Number |
| | Duane Morris LLP 1540 Broadway |
| | Address |
| | New York    New York    10036-4086 |
| | City    State    Zip Code |
| | (212) 692-1038    (212) 692-1020 |
| | Phone Number    Fax Number |