Benjamin P. Deutsch ( BD-5435 )
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, New York 10005-1101
(212) 973-8000
(212) 972-8798 (fax)
*Attorneys for Petitioner*
*Procaps, L.P. (f/k/a Paintball L.P.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Procaps, L.P. (f/k/a Paintball L.P.),

           Petitioner,

v.

PBS Holding Group, Inc. (f/k/a National
Paintball Supply, Inc),

           Respondent.

-----------------------------------------------------------x

Civil Action No.: 07-CV-6208 (LAP)

## MOTION TO ADMIT COUNSEL
## PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Benjamin P. Deutsch a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Gittel Hilibrand
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Telephone: 215-751-2000
Facsimile: 215-751-2205

Gittel Hilibrand is a member in good standing of the Bar of the State of Pennsylvania. There are no pending disciplinary proceedings against Gittel Hilibrand in any State or Federal Court.

Dated: New York, New York
August 7, 2007

                         SCHNADER HARRISON SEGAL &
                         LEWIS LLP

                         By: _____
                             Benjamin P. Deutsch (BD 5435)
                         140 Broadway, Suite 3100
                         New York, New York  10005
                         (212) 973-8000
                         (212) 972-8798 (fax)
                         *Attorneys for Petitioner*
                         *Procaps, L.P.  (f/k/a Paintball L.P.)*

United States District Court, Eastern District of Pennsylvania. March 2004

United States Court of Appeals, Third Circuit. October 2003

5.  I have found Ms. Hilibrand to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move for the admission of Gittel Hilibrand, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Gittel Hilibrand, *pro hac vice*, which is attached hereto as Exhibit A.

8.  This Motion is unopposed.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: New York, New York
       August 17, 2007

SCHNADER HARRISON SEGAL & LEWIS LLP

By: [signature]
Benjamin P. Deutsch (BD 5435)
140 Broadway, Suite 3100
New York, New York  10005
(212) 973-8000
(212) 972-8798 (fax)
*Attorneys for Petitioner
Procaps, L.P. (f/k/a Paintball L.P.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Procaps, L.P. (f/k/a Paintball L.P.),             :
                                                  :
                Petitioner,               :
                                                  :
v.                                                :  Civil Action No.: 07-CV-6208 (LAP)
                                                  :
PBS Holding Group, Inc. (f/k/a National           :
Paintball Supply, Inc),                           :
                                                  :
                Respondent.               :
                                                  :
------------------------------------------------------------x

## DECLARATION OF BENJAMIN P. DEUTSCH IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF GITTEL HILIBRAND

Benjamin P. Deutsch, an attorney admitted to practice before this Court, declares the following:

1. I am a partner at SCHNADER HARRISON SEGAL & LEWIS LLP, counsel for Petitioner, Procaps, L.P.

2. I submit this Declaration in support of the application for admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York of Gittel Hilibrand. If admitted, Ms. Hilibrand will serve as co-counsel for Defendant.

3. Ms. Hilibrand is an associate of SCHNADER HARRISON SEGAL & LEWIS LLP. Ms. Hilibrand maintains an office at 1600 Market Street, Suite 3600, Philadelphia, Pennsylvania 19103-7286.

4. Ms. Hilibrand was admitted to practice before the courts in the following jurisdictions on the dates set forth below:

Supreme Court of Pennsylvania. May 1999



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Gittel Hilibrand, Esq.**

DATE OF ADMISSION

*May 18, 1999*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 1, 2007

Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Procaps, L.P. (f/k/a Paintball L.P.),

        Petitioner,

v.

PBS Holding Group, Inc. (f/k/a National Paintball Supply, Inc),

        Respondent.

------------------------------------------------------------x

Civil Action No.: 07-CV-6208 (LAP)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Benjamin P. Deutsch, counsel for Petitioner, Procaps, L.P. (f/k/a Paintball L.P.) and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that

Gittel Hilibrand
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286
Telephone: 215-751-2000
Facsimile: 215-751-2205
ghilibrand@schnader.com

is admitted to practice *pro hac vice* as counsel for Petitioner, Procaps, L.P. (f/k/a Paintball L.P.) in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       August___, 2007

                                                  _____
                                                  United States District Judge

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

Timothy Clancy, being duly sworn, deposes and says, deponent is not a party to this action, is over eighteen (18) years of age and resides in Monmouth County, New Jersey.

On August 17, 2007, I served a true copy of the attached MOTION TO ADMIT COUNSEL PRO HAC VICE, with accompanying documents, upon:

> J. Michael Lewis, Esquire
> DUANE MORRIS LLP
> 1540 Broadway
> New York, New York 10036-4086

by First Class Mail.

*[signature]*
Timothy Clancy

Sworn to before me this
17th day of August, 2007

*[signature]*
Notary Public

MICHELLE J. HOVE
Notary Public, State of New York
No. 01HO6125278
Qualified in Nassau County
Commission Expires April 11, 20__