UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/07

-------------------------------------------------X
Procaps, L.P.,                            )
                                          )
      Petitioner,                        )   No. 1:07-cv-06208 (LAP)
                                          )
      v.                                 )
                                          )
PBS Holdings Group, Inc.                  )   ORDER FOR ADMISSION
(f/k/a National Paintball Supply, Inc.)   )   PRO HAC VICE
                                          )   ON WRITTEN MOTION
      Respondent.                        )
-------------------------------------------------X

Upon the motion of J. Michael Lewis, attorney for PBS Holdings Group, Inc. (f/k/a National Paintball Supply, Inc.) and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Robert E. Kelly, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1000 (t)
(215) 979-1020 (f)
rekelly@duanemorris.com

is admitted to practice pro hac vice as counsel for PBS Holdings Group, Inc. (f/k/a National Paintball Supply, Inc.) in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

August 23, 2007

_____
United States District Judge

DM1\1167245.1