UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Procaps, L.P. (f/k/a Paintball L.P.),

        Petitioner,

v.

PBS Holding Group, Inc. (f/k/a National Paintball Supply, Inc),

        Respondent.

-----------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 8/30/07

Civil Action No.: 07-CV-6208 (LAP)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Benjamin P. Deutsch, counsel for Petitioner, Procaps, L.P. (f/k/a Paintball L.P.) and said sponsor attorney's declaration in support:

IT IS HEREBY ORDERED that

Gittel Hilibrand
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286
Telephone: 215-751-2000
Facsimile: 215-751-2205
ghilibrand@schnader.com

is admitted to practice *pro hac vice* as counsel for Petitioner, Procaps, L.P. (f/k/a Paintball L.P.) in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       August 30, 2007

                                            /s/ Loretta A. Preska
                                          United States District Judge