**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
                                    :

PROCAPS, L.P. (f/k/a Paintball L.P.),         :        07 CV 6208 (LAP)

                                      :

              Petitioner,            :

                                        :

                 v.                  :

                                        :

PBS HOLDING GROUP, INC. (f/k/a National   :
Paintball Supply, Inc.),

                                        :

             Respondent.        :        **NOTICE OF**
                                        :        **CROSS PETITION**
------------------------------------------------------------X

         **PLEASE TAKE NOTICE THAT** upon the accompanying affidavit of Lawrence H.

Pockers, sworn to on August 30, 2007, the exhibits annexed thereto, the Cross-Petition to

Confirm Arbitration Award and Enter Judgment, and the Memorandum of Law in support

thereof, Respondent, PBS Holding Group, Inc., will move this Court, located at 500 Pearl Street,

New York, New York 10007, before the Honorable Loretta A. Preska, U.S.D.J., on, or as soon

thereafter as counsel can be heard, for an Order confirming in its entirety the Final Arbitration

Award issued on April 26, 2007 by a panel of arbitrators under the auspices of the American

Arbitration Association's International Centre for Dispute Resolution, Commercial Arbitration

Tribunal in *PBS Holding Group, Inc. (f/k/a National Paintball Supply, Inc.), vs. Procaps, L.P.*

*(f/k/a Paintball, L.P.)*, Docket No. 50 181 T 00252 05, and for such further relief that this Court

deems just and proper.

     Dated:  New York, New York
              August 30, 2007

                                     Respectfully submitted,

                                     _____/s/_____
                                     J Michael Lewis, Esquire

DM1\1183218.1

2

Federal Bar No: JL8893
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086

*Attorneys for Respondent*
*PBS Holding Group, Inc.*
*(f/k/a National Paintball Supply, Inc.)*

OF COUNSEL:

Patrick J. Loftus, Esquire
Robert E. Kelly, Esquire
Lawrence H. Pockers, Esquire
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196

*Attorneys for Respondent*
*PBS Holding Group, Inc.*
*(f/k/a National Paintball Supply, Inc.)*

2