## Claim Summary - <u>Step 7 of 9  Where am I in the filing process?</u>



**Your dispute has been filed in accordance with:** Commercial Dispute Resolution Procedures <u>Edit</u>
**This Claim has Been Filed For:** Arbitration

### Claims <u>Edit</u>

**Claim Amount:** $5,000,000.00

**Claim Description:** At this time, National Paintball Supply, Inc.("NPS") brings a claim for breach of contract and approximates damages at $5,000,000. This figure is exclusive of interest, attorneysÂ¢ÂÂÂ fees and costs, and other damages unascertainable at this time. NPS reserves the right to supplement this figure or seek additional damages consistent with the development of the record in this case and reserves the right to add additional claims should it become necessary to do so.

**Arbitration Clause:** Any disputes arising out of or pertaining to this Agreement which the parties are unable to resolve by bona fide negotiations at an executive level, shall be resolved by binding arbitration on the basis that the arbitration shall be submitted for arbitration to the American Arbitration Association on demand of either party to such dispute. Such arbitration shall be conducted in New York, New York. Except as otherwise provided in this Agreement, such dispute shall be heard by a panel of three arbitrators in accordance with the then current rules of the American Arbitration Association. The arbitrators shall have the right to award and include in their award any relief that they deem proper in the circumstance, including without limitation, money damages (with interest on unpaid amounts from the due date), specific performance, injunctive relief and attorney's fees and costs. The award and decision of the arbitrators shall be conclusive and binding upon the parties and judgment upon the award may be entered into any court of competent jurisdiction. This agreement to arbitrate shall continue in full force and effect subsequent to and notwithstanding the expiration or termination of this Agreement. The arbitration shall be conducted informally with a view to the issue being resolved expeditiously and quickly. The arbitrators, as part of their decision, shall be entitled to determine which of the parties shall be liable for their costs or the ratio in terms of which the parties are to share their costs, failing which, their costs shall be borne equally between the parties.

**Hearing Locale Requested:** New York, NY

**Filing Fee:** $8,000.00

**Number of Neutrals:** 3

**Contract Date:**

### Attached Files  <u>Edit</u>
You have not uploaded any files.

---

<u>Add Claimant</u>   <u>Add Respondent</u>
**Claimant # 1**  <u>Edit</u>

**Company Name:** National Paintball Supply, Inc.

**Address:** 570 Mantua Blvd.
Sewell, NJ 08080
United States of America

**Tel:** 856-464-1068

**Fax:** 8564648269

**Email:** jcampo@nationalpaintball.com

**Type of Business:** Paintball dist. co.

**Representatives** <u>Add Representative</u>

<u>Edit</u>  <u>Delete</u>

**Name:** Michael W. McTigue

**Company Name:** Drinker Biddle & Reath LLP

**Address:** One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
United States of America

**Tel:** 215-988-2700

**Fax:** 2159882757

**Email:** michael.mctigue@dbr.com

---

<u>Edit</u>  <u>Delete</u>

**Name:** Alexander S. Helderman

**Company Name:** Drinker Biddle & Reath LLP

**Address:** One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
United States of America

**Tel:** 215-988-2700

**Fax:** 2159882757

**Email:** alexander.helderman@dbr.com

**Respondent # 1**  Edit

**Representatives**  Add Representative

**Company Name:** Paintball, L.P.

**Address:** 6000 Kieran St.
Ville St. Laurent, QC
H4S 2B5
Canada

**Tel:** unknown

**Fax:**

**Email:**

**Type of Business:** Paintball manuf.

---

WebFile accepts credit card payments only. If you wish to pay by check, please print this page and mail it along with your check payment directly to the AAA office nearest you.
Click "Continue" to pay by credit card. Please verify all the information before continuing to payments.

Continue