# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "NATIONAL PAINTBALL SUPPLY, INC.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "PBS HOLDING GROUP, INC.", THE SIXTEENTH DAY OF NOVEMBER, A.D. 2006, AT 5:26 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE NOT HAVING BEEN CANCELLED OR DISSOLVED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "NATIONAL PAINTBALL SUPPLY, INC." WAS INCORPORATED ON THE SEVENTEENTH DAY OF JUNE, A.D. 1999.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

3056285   8320

061057106

AUTHENTICATION: 5206588

DATE: 11-17-06

# Delaware

### The First State

PAGE 1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "NATIONAL PAINTBALL SUPPLY, INC.", CHANGING ITS NAME FROM "NATIONAL PAINTBALL SUPPLY, INC." TO "PBS HOLDING GROUP, INC.", FILED IN THIS OFFICE ON THE SIXTEENTH DAY OF NOVEMBER, A.D. 2006, AT 5:26 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.



3056285  8100

061053736

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 5206325

DATE: 11-17-06

CERTIFICATE OF AMENDMENT
OF
CERTIFICATE OF INCORPORATION
OF
NATIONAL PAINTBALL SUPPLY, INC.

IT IS HEREBY CERTIFIED THAT:

1. The name of the corporation (hereinafter referred to as the "Corporation") is National Paintball Supply, Inc.

2. The Certificate of Incorporation of the Corporation is hereby amended by changing the First Article so that, as amended, said Article shall be and read as follows:

"The name of the corporation is PBS Holding Group, Inc."

3. The Amendment of the Certificate of Incorporation herein certified has been duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

By: _____
Eugenio Postorivo, Jr.
President

Dated: 11-15-06

107288.00102/11606012v.1

State of Delaware
Secretary of State
Division of Corporations
Delivered 05:44 PM 11/16/2006
FILED 05:26 PM 11/16/2006
SRV 061053736 - 3056285 FILE