8.02    This Agreement shall immediately terminate if ATI or NPS becomes insolvent or bankrupt, or becomes subject to the provisions of the *Winding-Up Act (Canada)* or the *Bankruptcy and Insolvency Act (Canada)* or any other similar act of Canada or the United States of America or makes a proposal under any such act, or goes into liquidation, either voluntarily or under an order of a court of competent jurisdiction, or makes a general assignment for the benefit of its creditors generally or otherwise acknowledges its insolvency, or if a liquidator, a receiver or a trustee is appointed in bankruptcy or otherwise or an encumbrancer takes possession of the property of ATI or NPS. Further, this Agreement may be terminated (i) in accordance with Section 2.10(i); (ii) by ATI if NPS fails or otherwise defaults on making payments to ATI as and when such payments become due and payable and such default and/or failure continues for a period of thirty (30) days after notice and NPS before the expiration of said thirty (30) day period is unable to cure or otherwise fails to provide ATI with adequate assurances of performance; (iii) by either party if a representation made by the other party hereunder is false in some material respect; or (iv) by either party if the other party fails or refuses to take any action required to be taken thereby pursuant to the provisions contained herein and such default or failure continues for a period of thirty (30) days after notice.

8.03    Upon the termination or sooner cancellation of this Agreement for whatever reason, in addition to the provisions set forth in Section 7.01(iv) and Section 7.02(iv) herein, all Orders not therefore shipped by ATI to NPS shall be deemed to be and shall be void and of no further force and effect, all monies owed by NPS to ATI or by ATI to NPS shall immediately become due and payable.

8.04    Without limiting the foregoing, nothing herein shall prohibit NPS from selling, transferring or otherwise conveying all Products in its possession or committed after the termination or sooner cancellation of this Agreement in the ordinary course of business.

9.      **CONFIDENTIALITY AND NONDISCLOSURE**

9.01    The parties hereto acknowledge that they may share certain proprietary, trade secret or confidential information (the "Confidential Information") in the course of their performance under this Agreement. Confidential Information does not include, however, information which (a) is or becomes generally available to the public other than as a result of a disclosure by the receiving party, or (b) became available to the receiving party on a non-confidential basis from a person or entity, other than the disclosing party, who is not bound by a confidentiality agreement with the disclosing party or is not otherwise prohibited from transmitting the information to the receiving party.

9.02    Neither ATI nor NPS will disclose or allow to be disclosed to third parties or use for its own independent benefit outside of this Agreement the Confidential Information, or any portions thereof, of the other party, and both ATI and NPS agree to take all reasonable steps to prevent such disclosure.

10.     **TAXES**

ATI and NPS shall pay when due all federal, state, city and local income taxes, unemployment taxes, and social security taxes applicable to their respective business operations and/or the transaction(s) contemplated hereunder, and the other party shall have no liability therefor.

11.     **INDEPENDENT CONTRACTOR**

ATI and NPS expressly acknowledge and agree that the other party is an independent contractor, and that except as otherwise stated herein neither party shall have any right to control or direct the manner in which the other party performs its obligations and duties hereunder. Neither party shall have the right or authority to create any obligation, liability or contract of any kind on behalf of the other party. This Agreement shall not be construed to create an employment relationship or partnership, limited partnership, joint venture, association, agency or other similar business enterprise, organization or relationship between either ATI and NPS or NPS and ATI's employees.

12.     **TERRITORIAL EXPANSION**

The Territory, as defined hereunder, may be expanded, at NPS' option, to include the entirety of Canada if NPS succeeds to the interests of PBL International, ATI's Canadian Distributor, and/or may be expanded, at NPS'

CONFIDENTIAL--ATTORNEYS' EYES ONLY
NPS-043097

option, to include the entirety of Europe if NPS succeeds to the interests of Diablo Direct Europe Limited, ATI's European Distributor. In the event NPS succeeds to one or both of the aforementioned distributorships, and at NPS' option, the entirety of this Agreement shall apply except that (i) the term "Territory" as used herein shall be expanded accordingly, (ii) the V-Force Minimums herein set forth shall be adjusted and increased, on a one time basis, by adding Seventy-Five Percent (75%) of the total amount of V-Force branded goggle and masks purchased by the respective distributor over the calendar year prior to NPS' acquisition of the same; and (iii) there shall be no distinction in Europe between Conventional and/or Non-Conventional Markets whereby NPS shall be wholly exclusive throughout the entirety of Europe in regard to all Core ATI Products.

13. **OTHER PROVISIONS**

13.01    If ATI or NPS is prevented from meeting its commitments under the terms hereof by reason of acts of God, war(s), terrorism, government regulations, strikes, riots, civil commotion or sabotage, lack of supplies or any other similar cause beyond its reasonable control, the party in default shall be under no liability to the other to the extent of the default caused thereby so long as such impediment shall continue, and any defaults directly resulting there from shall not be deemed breaches of the warranties contained therein.

13.02    This Agreement, including the Recitals, Definitions and the attached referenced Exhibit, represents and contains the entire agreement of the parties relating to the subject matter hereof and sets forth all the promises, covenants, agreements, conditions and understandings between the parties hereto with respect to the supply of Products by ATI to NPS and supersedes all prior and contemporaneous agreements and understandings, inducements or conditions pertaining thereto, express or implied, oral or written, and cannot be modified, altered, supplemented, terminated or amended except by a writing signed by an authorized representative of both parties. Any and all capitalized words or phrases appearing in and throughout this Agreement, if applicable, shall be construed in accordance with those definitions appearing herein. All Orders shall be subject to, and shall be deemed to incorporate, the provisions of this Agreement. Any term in any Order inconsistent with this Agreement shall be of no force or effect unless the parties expressly acknowledge and agree to such inconsistency in writing.

13.03    Neither this Agreement nor the benefit of it may be assigned by either party hereto without the prior consent in writing of the other party.

13.04    This Agreement and the respective rights and obligations under it shall be binding on ATI and NPS and their respective successors and permitted assigns.

13.05    This Agreement shall be construed and the legal obligations between the parties hereunder shall be determined according to the substantive laws of the State of New Jersey, USA.

13.06    All notices, requests, orders, demands, or other communications by the terms hereto required or permitted to be given by one party to the other shall be given in writing, and shall be sent by registered or certified mail, postage prepaid addressed to such other party or delivered to such other party as follows:

        If to ATI:        AIRTECH INDUSTIES, INC.
                                6000 Kieran
                                St. Laurent, PQ
                                H4S 2B5
                                Attention: Richard Italia

        If to NPS:       NATIONAL PAINTBALL SUPPLY, INC.
                                570 Mantua Boulevard
                                Sewell, New Jersey 08080
                                Attention: Eugenio Postorivo

or at such other address as the parties may from time to time designate pursuant to the provisions of this Section 13.06.

13.07    Each of the parties hereto hereby covenants and agrees that it shall hereafter execute and deliver any and all further instruments, documents and agreements and do such other and further acts and things as may be required or

CONFIDENTIAL--ATTORNEYS' EYES ONLY
NPS-043098

useful to carry out the interests and purposes of this Agreement and to assure to each of the parties hereto the benefits contemplated by this Agreement.

13.08   This Agreement may be executed by means of facsimile signatures and in one or more counterpart, each of which, when so executed, will be deemed an original, and such counterparts together shall constitute one and the same instrument.

13.09   Any disputes arising out of or pertaining to this Agreement which the parties are unable to resolve by bona fide negotiations at an executive level, shall be resolved by binding arbitration on the basis that the arbitration shall be submitted for arbitration to the American Arbitration Association on demand of either party to such dispute. Such arbitration shall be conducted in Philadelphia, Pennsylvania. Except as otherwise provided in this Agreement, such dispute shall be heard by a panel of three arbitrators in accordance with the then current rules of the American Arbitration Association. The arbitrators shall have the right to award and include in their award any relief that they deem proper in the circumstances, including without limitation, money damages (with interest on unpaid amounts from the due date), specific performance, injunctive relief and attorney's fees and costs. The award and decision of the arbitrators shall be conclusive and binding upon the parties and judgement upon the award may be entered into any court of competent jurisdiction. This agreement to arbitrate shall continue in full force and effect subsequent to and notwithstanding the expiration or termination of this Agreement. The arbitration shall be conducted informally with a view to the issue being resolved expeditiously and quickly. The arbitrators, as part of their decision, shall be entitled to determine which of the parties shall be liable for their costs or the ratio in terms of which the parties are to share their costs, failing which, their costs shall be borne equally between the parties.

13.10   All dollar amounts referred to in this Agreement or any Exhibit hereto refer to U.S. dollars.

13.11   No waiver by any party of any condition, or of the breach of any term, covenant, representation or warranty contained in this Agreement, whether by conduct or otherwise, in any one or more instances, shall be deemed or construed as a further or continuing waiver of any other condition or of the breach of any other term, covenant, representation or warranty set forth in this Agreement.

13.12   The captions and headings of the various sections and subsections of this Agreement are for convenience only and shall neither constitute a part of this Agreement nor control nor affect the meaning or construction of this Agreement.

13.13   If any provisions of this Agreement shall be or shall become illegal or unenforceable in whole or in part, for any reason whatsoever, the remaining provisions shall nevertheless be deemed valid, binding and subsisting.

13.14   Each party acknowledges that it has participated in the negotiation and drafting of this Agreement, and further agrees that this Agreement shall be construed without regard to the identity of those who drafted the various provisions, that each and every provision of this Agreement shall be construed as though all of the parties participated equally in the drafting of them, and that any rule of construction that a document is to be construed against, interpreted less favourably toward, or applied to the disadvantage of any party hereto by reason of such person having or being deemed to have structured, dictated, or drafted such provision shall not apply to this Agreement.

IN WITNESS WHEREOF, intending to be legally bound, the parties hereto have hereunto signed this ~~Bailment~~ Agreement as of the day and year first above written. 

(Signatures on next page)

CONFIDENTIAL--ATTORNEYS' EYES ONLY
NPS-043099

| WITNESS | AIRTECH INDUSTRIES, INC. |
|---|---|
| _____ | By: _____<br>Richard Italia, CFO |
| WITNESS | NATIONAL PAINTBALL SUPPLY, INC |
| _____ | By: *[signature]*<br>Eugenio Postorivo, President |

CONFIDENTIAL--ATTORNEYS' EYES ONLY
NPS-043100

Exhibit A ( page 1 )

# AIRTECH INDUSTRIES
## V Force Vision Systems – Masks
### Product Description and pricing

| Product Code and Name | | Product description | | | | | | | | Price per sku | Minimum Order Quantity Per Case |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Product name | Armor | Color | Lens | Anti-Fog | Visor | Strap | Foam | Extras | Bag | Packaging | | #/case |
| **MASKS** | | | | | | | | | | | | |
| *Pro Shop* | | | | | | | | | | | | |
| *MORPH* | | | | | | | | | | | | |
| WG5001-MBBK | MORPH MIRROR BLUE Mask | Flex | Blue | Mir. Blue | yes | yes | Silicone | soft | extra lens | yes | box/blister | $ 54.75 | 6 |
| WG5001-MVZMK | MORPH MIRROR GUN Mask | Flex | Gun M. | Mir. Silver | yes | yes | Silicone | soft | extra lens | yes | box/blister | $ 47.75 | 6 |
| WG5001-MLGMK | MORPH MIRROR GREEN Mask | Flex | Green M. | Mir. Gold | yes | yes | Silicone | soft | extra lens | yes | box/blister | $ 47.75 | 6 |
| WG5101-CFK | MORPH BURG. GLOSS Mask | Flex | Burgundy G | Clear | yes | yes | Silicone | soft | no | yes | box/blister | $ 39.50 | 6 |
| WG5101-CZMK | MORPH GUN METAL Mask | Flex | Gun M. | Clear | yes | yes | Silicone | soft | no | yes | box/blister | $ 37.50 | 6 |
| WG5101-CGMK | MORPH GREEN METAL Mask | Flex | Green M. | Clear | yes | yes | Silicone | soft | no | yes | box/blister | $ 37.50 | 6 |
| *SHIELD* | | | | | | | | | | | | |
| WG5501-C3TK | SHIELD 3D TECHNO Mask | Rigid | 3D Techno | Clear | yes | yes | Silicone | soft | no | yes | box/blister | $ 36.75 | 6 |
| WG5501-CZMK | SHIELD GUN METAL Mask | Rigid | Gun M. | Clear | yes | yes | Silicone | soft | no | yes | box/blister | $ 23.00 | 6 |
| WG5501-CGMK | SHIELD GREEN METAL Mask | Rigid | Green M. | Clear | yes | yes | Silicone | soft | no | yes | box/blister | $ 23.00 | 6 |
| *ARMOR* | | | | | | | | | | | | |
| WG5702-CK | ARMOR BLACK Mask | Rigid | Black | Clear | yes | yes | Woven | soft | no | no | bulk | $ 10.15 | 30 |
| **Rental** | | | | | | | | | | | | |
| *SHIELD* | | | | | | | | | | | | |
| WG5801-CYK | SHIELD REFEREE Mask | Rigid | Yellow | Clear | yes | yes | Woven | soft | no | no | bulk | $ 18.00 | 18 |
| WG5801-CKK | SHIELD RENTAL BLACK Mask | Rigid | Black | Clear | yes | yes | Woven | neoprene | no | no | bulk | $ 18.00 | 18 |
| WG5801-CGMK | SHIELD RENTAL GREEN Mask | Rigid | Green | Clear | yes | yes | Woven | neoprene | no | no | bulk | $ 18.00 | 18 |
| WG5801-CBK | SHIELD RENTAL BLUE Mask | Rigid | Blue | Clear | yes | yes | Woven | neoprene | no | no | bulk | $ 18.50 | 18 |
| WG5801-CRK | SHIELD RENTAL RED Mask | Rigid | Red | Clear | yes | yes | Woven | neoprene | no | no | bulk | $ 18.50 | 18 |
| *ARMOR* | | | | | | | | | | | | |
| WG5011-CK | ARMOR RENTAL Black Mask | Rigid | Black | Clear | yes | yes | Woven | neoprene | no | no | bulk | $ 10.15 | 30 |
| WG5011-CG | ARMOR RENTAL Green Mask | Rigid | Green | Clear | yes | yes | Woven | neoprene | no | no | bulk | $ 10.15 | 30 |

CONFIDENTIAL--ATTORNEYS' EYES ONLY
NPS-043101

AIRTECH INDUSTRIES
V Force Vision Systems - Accessories
Product Description and pricing

| Product Code and Name | | Armor | Color | Lens | Visor | Strap | Foam | Extras | Bag | Packaging | Price per sku |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Product name | | | | | | | | | | |
| **REPLACEMENT LENSES** | | | | | | | | | | | |
| *Pro Shop* | | | | | | | | | | | |
| WL5009-00 | MORPH / SHIELD Clear Lens | NA | NA | Clear | NA | NA | NA | NA | NA | clam | $ 7.20 |
| WL5009-21 | MORPH / SHIELD Amber Lens | NA | NA | Amber | NA | NA | NA | NA | NA | clam | $ 7.95 |
| WL5009-01 | MORPH / SHIELD Smoke Lens | NA | NA | Smoke | NA | NA | NA | NA | NA | clam | $ 7.95 |
| WL5009-19 | MORPH/SHIELD Silver Mirror Lens | NA | NA | Silver | NA | NA | NA | NA | NA | clam | $ 17.50 |
| WL5009-23 | MORPH/SHIELD Gold Mirror Lens | NA | NA | Gold | NA | NA | NA | NA | NA | clam | $ 17.50 |
| WL5009-40 | MORPH/SHIELD Blue Mirror Lens | NA | NA | Blue | NA | NA | NA | NA | NA | clam | $ 17.50 |
| *Rental* | | | | | | | | | | | |
| WL5109-00 | SHIELD RENTAL Clear Lens | NA | NA | Clear | NA | NA | NA | NA | NA | bulk | $ 5.60 |
| WL5109-01 | SHIELD RENTAL Smoke Lens | NA | NA | Smoke | NA | NA | NA | NA | NA | bulk | $ 5.90 |
| WL5109-21 | SHIELD RENTAL Amber Lens | NA | NA | Amber | NA | NA | NA | NA | NA | bulk | $ 5.90 |
| WL5309-00 | ARMOR RENTAL Clear Lens | NA | NA | Clear | NA | NA | NA | NA | NA | bulk | $ 3.20 |
| **ACCESSORIES** | | | | | | | | | | | |
| *Pro Shop* | | | | | | | | | | | |
| WA1002-37 | SILICONE REP. STRAP (red) | NA | Burgundy | NA | NA | Silicone | NA | NA | NA | polybag | $ 3.75 |
| WA1002-94 | SILICONE REP. STRAP (grey) | NA | Grey | NA | NA | Silicone | NA | NA | NA | polybag | $ 3.75 |
| WA1002-50 | SILICONE REP. STRAP (green) | NA | Green | NA | NA | Silicone | NA | NA | NA | polybag | $ 3.75 |
| WA1002-40 | SILICONE REP. STRAP (blue) | NA | Blue | NA | NA | Silicone | NA | NA | NA | polybag | $ 3.75 |
| WA3001 | VISOR | NA | Black | NA | YES | NA | NA | NA | NA | polybag | $ 2.85 |
| WA2009 | ANTI-FOG SOLUTION (4oz) | NA | NA | NA | NA | NA | NA | NA | NA | blister | $ 2.65 |
| *Rental* | | | | | | | | | | | |
| WA1001 | RENTAL REP. STRAP (60 units) | NA | Black | NA | NA | Woven | NA | NO | NA | bulk | $ 96.00 |
| WA3002 | VISOR (12 units) | NA | Black | NA | YES | NA | NA | NO | NA | bulk | $ 24.00 |
| **REPLACEMENT PARTS** | | | | | | | | | | | |
| WA3004 | O rings for visor (200) | | | | | | | | | bulk | $ 3.25 |
| WA3009 | Chin Strap Kit-Shield/Armor (25) | | | | | | | | | bulk | $ 37.50 |
| WA3010 | Hard washers for Shield(100) | | | | | | | | | bulk | $ 12.00 |
| WA3011 | Throat protector (25) | | | | | | | | | bulk | $ 47.50 |
| WA3007 | Armor Ear Protector Right(25) '' | | | | | | | | | bulk | $ 22.50 |
| WA3008 | Armor Ear Protector Left(25) '' | | | | | | | | | bulk | $ 22.50 |
| WA3005 | Armor Neo. Foam Top(50) '' | | | | | | | | | bulk | $ 25.00 |
| WA3006 | Armor Neo. Foam Bottom(50) '' | | | | | | | | | bulk | $ 25.00 |
| WA3012 | Shield Neo. Foam Top(50) '' | | | | | | | | | bulk | $ 25.00 |
| WA3013 | Shield Neo. Foam Bottom (50) '' | | | | | | | | | bulk | $ 25.00 |
| WA3016 | Long rivets(100) | | | | | | | | | bulk | $ 22.00 |
| WA3017 | Short rivets(100) | | | | | | | | | bulk | $ 8.00 |

Exhibit A ( page 2 )

CONFIDENTIAL--ATTORNEYS' EYES ONLY
NPS-043102

Exhibit A ( page 3 )

Air Tech Industries
CONQUEST Brand- MASKS
Product description and pricing
US $

## MASKS

| Code | Product name | Product description | | | | | | | | Price |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Armor | Color | Lens | Anti-fog | Visor | Strap | Foam | Bag | Pack | per sku |

### Gladiator

| Code | Product name | Armor | Color | Lens | Anti-fog | Visor | Strap | Foam | Bag | Pack | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WG6009-cgk | GLADIATOR Pro Green | Flex | Green M/Bk | Clear | yes | yes | silicone | soft | yes | clam | 24.90 |
| WG6109-ck | GLADIATOR Black | Rigid | Black | Clear | yes | yes | silicone | soft | yes | clam | 20.90 |
| WG6109-ck | GLADIATOR Green | Rigid | Green Metal | Clear | yes | yes | silicone | soft | yes | clam | 20.90 |

### Titan

| Code | Product name | Armor | Color | Lens | Anti-fog | Visor | Strap | Foam | Bag | Pack | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WG7009-cgm | TITAN Green Metal | Rigid | Green Metal | Clear | yes | yes | silicone | soft | yes | clam | 22.50 |
| WG7009-ckm | TITAN Black Metal | Rigid | Black Metal | Clear | yes | yes | silicone | soft | yes | clam | 22.50 |
| WG7109-cgm | TITAN Green Metal | Rigid | Green Metal | Clear | yes | no | regular | soft | no | clam | 19.70 |
| WG7109-ckm | TITAN Black Metal | Rigid | Black Metal | Clear | yes | no | regular | soft | no | clam | 19.70 |
| WG7209-cgm | TITAN Green Metal | Rigid | Green Metal | Clear | yes | no | regular | soft | no | bulk | 18.00 |
| WG7209-ckm | TITAN Black Metal | Rigid | Black Metal | Clear | yes | no | regular | soft | no | bulk | 18.00 |

### Warrior

| Code | Product name | Armor | Color | Lens | Anti-fog | Visor | Strap | Foam | Bag | Pack | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WG8009-ckm | WARRIOR BkM | Rigid | Black Metal | Clear | yes | yes | regular | soft | no | clam | 12.50 |
| WG8009-cgm | WARRIOR GrM | Rigid | Green Metal | Clear | yes | yes | regular | soft | no | clam | 12.50 |
| WG8209-ckm | WARRIOR BkM | Rigid | Black Metal | Clear | yes | no | regular | soft | no | clam | 11.70 |
| WG8209-cgm | WARRIOR GrM | Rigid | Gun Metal | Clear | yes | no | regular | soft | no | clam | 11.70 |
| WG8410-ckm | WARRIOR BkM | Rigid | Black Metal | Clear | yes | yes | regular | soft | no | clam | 10.15 |
| WG8410-cgm | WARRIOR GrM | Rigid | Gun Metal | Clear | yes | yes | regular | soft | no | clam | 10.15 |
| WG8409-ckm | WARRIOR BkM | Rigid | Black Metal | Clear | yes | no | regular | soft | no | bulk | 9.35 |
| WG8409-cgm | WARRIOR GrM | Rigid | Gun Metal | Clear | yes | no | regular | soft | no | bulk | 9.35 |

CONFIDENTIAL--ATTORNEYS' EYES ONLY
NPS-043103

Exhibit A ( page 4 )

**Air Tech Industries**
CONQUEST Brand - ACCESSORIES
Product description and pricing
US $

| Code | Product name | Color | Pack | Price per sku |
|---|---|---|---|---|
| **REPLACEMENT LENSES** | | | | |
| WL6009 | GLADIATOR | Clear | clam | 8.20 $ |
| | | Tinted | clam | 8.95 $ |
| WL7009 | TITAN-Clear | Clear | clam | 7.20 $ |
| | | Tinted | clam | 7.95 $ |
| WL8009 | WARRIOR | Clear | header | 4.65 $ |
| **ACCESSORIES** | | | | |
| WA1003 | SILICONE STRAP | Black/White | header | 3.75 $ |
| WA2010 | ANTI-FOG SOLUTION | | blister | 2.65 $ |
| WA3002 | VISOR | Black | header | 2.85 $ |

CONFIDENTIAL--ATTORNEYS' EYES ONLY
NPS-043104

Exhibit A ( page 5 )

# AIRTECH INDUSTRIES
## OEM and Private Label - Masks
## Product Description and pricing

| Product name | Product description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Frame | Color | Lens | Coating | Visor | Strap | Foam | Manual | Packaging | Price per sku |
| *ARMOR Design* | | | | | | | | | | |
| NPS private label | Rigid | Black | Clear | AF/AS | yes | Woven 1 color | soft | Yes | bulk 30/case | 10.15 $ |
| NPS private label | Rigid | Black | Clear | AF/AS | no | Woven 1 color | soft | Yes | bulk 30/case | 9.35 $ |

**Additonal costs**
**Set-up costs**
NPS Logo on head protector:          3000$/insert
NPS Logo on strap (1 color) :         2500$ with minimum initial order of 10000 straps
NPS Logo on visor:                    3000$/insert

**Termination/end of line costs:**    Upon termination of supply agreement, NPS agrees to purchase all outstanding inventory of finished products, raw materials and components used in the manufacturing of NPS Branded Masks

**Minimum quantities**
Annual volumes:       25,000 units
Order quantities:     960 units per order

CONFIDENTIAL--ATTORNEYS' EYES ONLY
NPS-043105

Exhibit B

| Conquest and Leader Branded Product | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Quantities and pricing | | | | | | | | |
| Product | Code | Visor | Color | Armor | Pack | Quantities Available | Suggested Dist. Price | Special National Price |
| MASKS | | | | | | | | |
| Warrior/Z Leader logo | wg8009- | cgm | yes | Green | Rigid | Clam | 12 | $ 12.50 | $ 9.75 |
| | wg8009- | czm | yes | Gun | Rigid | Clam | 340 | $ 12.50 | $ 9.75 |
| | wg8009- | ckm | yes | black | | Clam | 72 | $ 12.50 | $ 9.75 |
| | wg8410 | ckm | yes | black | rigid | bulk | 2476 | $ 10.15 | $ 9.25 |
| | wg8209- | ckm | no | Black | Rigid | Clam | 231 | $ 12.00 | $ 9.25 |
| | wg8409 | cgm | no | green | rigid | bulk | 1199 | $ 9.50 | $ 8.25 |
| | wg8409 | ckm | no | black | rigid | bulk | 16308 | $ 9.50 | $ 8.25 |
| | wg8409 | cbm | no | blue | rigid | bulk | 56 | $ 9.50 | $ 8.25 |
| Titan/Zlogo | wg7009 | cgm | yes | Green | Rigid | Clam | 557 | $ 21.50 | $ 17.00 |
| | wg7009 | ckm | yes | Black | | Clam | 294 | $ 21.50 | $ 17.00 |
| SHIELD with | wg7209 | ck | yes | black | rigid | bulk | 584 | $ 17.50 | $ 16.00 |
| (Z Logo on lens | wg7209 | cgm | yes | green | rigid | bulk | 1280 | $ 17.50 | $ 16.00 |
| and on strap) | wg7209 | cbm | yes | blue | rigid | bulk | 1562 | $ 17.50 | $ 16.00 |
| | wg7109 | cfm | no | Burg | Rigid | Clam | 10 | $ 20.75 | $ 16.00 |
| | wg7109 | cgm | no | Green | Rigid | Clam | 614 | $ 20.75 | $ 16.00 |
| | wg7109 | cb | no | Blue | Rigid | Clam | 562 | $ 20.75 | $ 16.00 |
| Gladiator | wg6009 | cfk | yes | Burg | Flex | Clam | 101 | $ 32.60 | $ 19.50 |
| (as Extreme Vision) | wg6009 | cgk | yes | Green | Flex | Clam | 352 | $ 27.50 | $ 13.50 |
| | wg6009 | c3t | yes | 3D | Rigid | Clam | 410 | $ 38.00 | $ 19.50 |
| | wg6109 | cgm | yes | Green | Rigid | Clam | 165 | $ 24.60 | $ 11.50 |
| | wg6209 | ck | yes | black | Rigid | bulk | 4219 | $ 20.60 | $ 13.00 |
| | wg6209 | cgm | yes | green | Rigid | bulk | 682 | $ 20.60 | $ 13.00 |
| | wg6209 | c3tk | yes | 3D | Rigid | bulk | 437 | $ 34.00 | $ 21.50 |
| | wg6209 | cfm | yes | Red | Flex | bulk | 190 | $ 28.60 | $ 21.50 |
| LENSES | | | | | | | | |
| Armor with Z Logo | wl8310-00 | clear | | clear | | bulk | 12157 | $ 3.20 | $ 3.10 |
| | wl8310-01 | sm | | smoke | | bulk | 2292 | $ 3.20 | $ 3.10 |
| Shield with Z Logo | wl7009-00 | Clear | | Clear | | clam | 3 | $ 5.60 | $ 5.60 |
| | wl7210-01 | smoke | | smoke | | bulk | 3978 | $ 5.60 | $ 5.60 |
| | wl7009-01 | smoke | | smoke | | clam | 204 | $ 5.60 | $ 5.60 |
| | wl7210-21 | amber | | amber | | bulk | 600 | $ 5.60 | $ 5.60 |
| | wl7009-21 | amber | | amber | | clam | 163 | $ 5.60 | $ 5.60 |
| Gladiator | wl6009-01 | smoke | | smoke | | clam | 659 | $ 5.60 | $ 3.75 |
| | wl6009-00 | clear | | clear | | clam | 218 | $ 5.60 | $ 3.75 |
| | wl6210-01 | smoke | | smoke | | bulk | 432 | $ 5.60 | $ 3.75 |
| ACCESSORIES | | | | | | | | |
| Straps Silicone | wa1003 | | | | | polybag | 141 | $ 3.75 | $ 3.00 |
| Anti-Fog | wa2010 | | | | | clam | 80 | $ 2.65 | $ 2.00 |
| Visor | wa3002 | | | | | polybag | 244 | $ 2.85 | $ 2.00 |

**CONFIDENTIAL--ATTORNEYS' EYES ONLY**
**NPS-043106**