SEP-20-2004 15:39    PAINTBALL    P.02

## CONFIRMATION OF CONTRACT TERMS

THIS CONFIRMATION OF CONTRACT TERMS ("Confirmation") is made and entered into by the parties hereto this 20th day of September 2004.

IN FURTHER CONSIDERATION of the terms and conditions of that certain Exclusive Distributor Agreement entered into by and between Airtech Industries, Inc., with an address at 6000 Kieran, St. Laurent, PQ, H4S 2B5, Canada ("QIP") and National Paintball Supply, Inc., with an address 570 Mantua Blvd., Sewell, New Jersey 08080 ("NPS") dated June ___, 2002, (the "Agreement"), said Agreement being incorporated herein by reference, and for other good and valuable consideration, the receipt of which is mutually acknowledged, the parties hereto confirm the following:

The parties hereto acknowledge that NPS has succeeded to the interests of Diablo Direct Europe Limited as contemplated under Section 12 of the Agreement, and, accordingly that the term "Territory" as used and defined under the Agreement shall hereinafter be expanded to encompass the entirety of the European marketplace, including but not limited to comprising the entirety of England, Scotland, Wales, the Republic of Ireland, Northern Ireland, Portugal, Spain, France, Germany, Italy, Switzerland, Belgium, Austria, Croatia, Serbia, Montenegro, Macedonia, Luxemburg, Albania, Greece, Bulgaria, Bosnia, Herzegovina, Romania, Moldova, Hungary, Slovenia, the Czech Republic, Slovakia, The Netherlands, Poland, Belarus, Ukraine, Lithuania, Latvia, Estonia, Finland, Sweden, Norway, Denmark and Russia.

This Confirmation may be executed by means of facsimile signatures and in one or more counterpart, each of which, when so executed, will be deemed an original, and such counterparts together shall constitute one and the same instrument.

NOW THERFORE, except as expressly modified or supplemented by this Confirmation, the parties hereto expressly republish and reconfirm all other terms and conditions of the aforesaid Agreement.

AIRTECH INDUSTRIES, INC.

BY: _____

Date: 09/20/04

NATIONAL PAINTBALL SUPPLY, INC.

BY: _____

Date: 9/20/04

[1] Terms defined in the Agreement when used herein shall have the same respective meanings as therein defined.

Per Fax Cover Sheet GR.

GR


EXHIBIT
NPS-6

SEP 20 2000 8:07PM  HP LASERJET 3200

CONFIDENTIAL--ATTORNEYS' EYES ONLY
NPS-043110