02/25/05

<u>AIRTECH</u>

## ESTOPPEL CERTIFICATE

TO: PAINTBALL L.P. (the "Purchaser") and to its Lenders from time to time

RE: ASSIGNMENT of that certain EXCLUSIVE DISTRIBUTOR AGREEMENT dated June 12, 2002, as amended pursuant to that CONFIRMATION OF CONTRACT TERMS dated September 20, 2004, by and between National Paintball Supply, Inc. ("NPS") and Airtech Industries, Inc. or Airtech Innovation Inc. ("Airtech") (collectively the "Contract")

The undersigned, President of NPS, hereby acknowledges and confirms the following on behalf of NPS:

1. The Contract is in full force and effect and there has been no modification, assignment or changes to the Contract.

2. To the best of my knowledge, NPS has no claim, defence, set-off or counterclaim against Airtech under the Contract or otherwise.

3. There are no other agreements in respect of the Contract between Airtech and NPS.

4. There have been no prepayments under or on account of the Contract.

5. That to the best of my knowledge, no default on the part of Airtech has occurred and is continuing.

6. To the best of my knowledge, no default on the part of NPS has occurred and is continuing.

7. The undersigned certifies and represents that the above statements are true and complete as of the date hereof.

8. The undersigned agrees to execute and deliver the bring-down certificate on the date of closing of the transaction between the Purchaser and Airtech and others, in the form annexed hereto or as amended to describe any claims, if applicable, which have arisen since the date of this Estoppel Certificate.

MAR-04-2005  13:31                                                                   P.22

Attorneys Eyes Only     NPS-2224                                    PRO302284

9.  This Estoppel Certificate shall enure to the benefit of the Purchaser and its successors and permitted assigns and be binding upon NPS, it successors and permitted assigns.

DATED this 15th day of February, 2005.

*[signature]*
Eugenio Postorivo, President) CEO



MAR-04-2005  13:31

TOTAL P.23
P.23

Attorneys Eyes Only

PRO302285