02/25/05

**PROCAPS**

### BRING-DOWN CERTIFICATE

TO: PAINTBALL L.P. (the "**Purchaser**") and to its Lenders from time to time

RE: ESTOPPEL CERTIFICATE RE: ASSIGNMENT OF DISTRIBUTION AGREEMENT DATED SEPTEMBER 20, 2004, AS MAY BE AMENDED AND OTHER AGREEMENTS BETWEEN NATIONAL PAINTBALL SUPPLY, INC. AND ENCAPSULATION PROCAPS INC. ("ESTOPPEL CERTIFICATE")

The undersigned, President of National Paintball Supply, Inc., does hereby certify that the facts contained in the Estoppel Certificate are true and correct as of the date hereof as if the Estoppel Certificate were made as at the date hereof.

DATED this 4th day of March [February crossed out], 2005.

Witness:

_____   _____
                          Eugenio Postorivo

NPS-2225

Attorneys Eyes Only                                                                                          PRO302644