**AIRTECH**

## BRING-DOWN CERTIFICATE

TO:   PAINTBALL L.P. (the "Purchaser") and to its Lenders from time to time

RE:   ESTOPPEL CERTIFICATE RE: ASSIGNMENT OF EXCLUSIVE DISTRIBUTOR AGREEMENT DATED JUNE 12, 2002, AS AMENDED PURSUANT TO THAT CONFIRMATION OF CONTRACT TERMS DATED SEPTEMBER 20, 2004 BETWEEN NATIONAL PAINTBALL SUPPLY, INC. AND AIRTECH INDUSTRIES, INC. (OR AIRTECH INNOVATION INC.) ("ESTOPPEL CERTIFICATE")

The undersigned, President of National Paintball Supply, Inc., does hereby certify that the facts contained in the Estoppel Certificate are true and correct as of the date hereof as if the Estoppel Certificate were made as at the date hereof.

DATED this 4th day of March [February struck through], 2005.

Witness:

_____     )
                            )
                            )  Eugenio Postorivo
                            )
                            )

Attorneys Eyes Only                                       NPS-2226
                                                          PRO302646