UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
              :
PROCAPS, L.P. (f/k/a Paintball L.P.),   :   07 CV 6208 (LAP)
              :
         Petitioner,   :
              :
    v.        :
              :
PBS HOLDING GROUP, INC. (f/k/a National   :
Paintball Supply, Inc.),   :
              :
         Respondent.   :   **CORPORATE**
              :   **DISCLOSURE STATEMENT**
------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondent, PBS Holding Group, Inc. (f/k/a National Paintball Supply, Inc.), hereby submits the following corporate disclosure statement:  PBS Holding Group, Inc. has no parent corporation and no publicly held corporation owns 10% or more of PBS Holding Group, Inc.

                                                     Respectfully submitted,

                                                     ____/s/_____
                                                     J Michael Lewis, Esquire
                                                     Federal Bar No: JL8893
                                                     DUANE MORRIS LLP
                                                     1540 Broadway
                                                     New York, New York 10036-4086

                                                     *Attorneys for Respondent*
                                                     *PBS Holding Group, Inc.*
                                                     *(f/k/a National Paintball Supply, Inc.)*

OF COUNSEL:

Patrick J. Loftus, Esquire
Robert E. Kelly, Esquire
Lawrence H. Pockers, Esquire
DUANE MORRIS LLP

DM1\1183219.1

30 South 17th Street
Philadelphia, PA 19103-4196

*Attorneys for Respondent*
*PBS Holding Group, Inc.*
*(f/k/a National Paintball Supply, Inc.)*