USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROCAPS, L.P., <br><br> Plaintiff, <br><br> v. <br><br> PBS HOLDING GROUP, INC., <br><br> Defendant. | Civil Action No. 07-CIV-6208 <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), all claims and counterclaims in this action shall be dismissed with prejudice.

_____
David Smith
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
(215) 751-2190

*Attorney for Plaintiff*

_____
James M. Andrews, Esquire
Blank Rome LLP
Woodland Falls Corporate Park
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
(856) 779-3677

*Attorney for Defendant*

Dated: November __, 2007

---

The clerk of the Court shall mark this action closed and all pending motions denied as moot.

So ordered
Loretta A. Preska
USDJ

January 13, 2008